IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **FINALROD IP, LLC, R2R AND D, LLC D/B/A SUPEROD,**   *Plaintiff*, | § § § § | |
| v. | § § | NO. MO:15-CV-00097-DAE-DC |
| **JOHN CRANE, INC., JOHN CRANE PRODUCTION SOLUTIONS, INC., AND ENDURANCE LIFT SOLUTIONS LLC,**   *Defendant*. | § § § § § | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

BEFORE THE COURT is the Parties' Joint Motion to Amend Scheduling Order. (Doc. 77). The parties request the Court amend the Scheduling Order to conform to the attached Appendix A due to delays caused by Hurricane Harvey. (Doc. 77). After due consideration, the Motion is **GRANTED**. (Doc. 77). Pursuant to Federal Rule of Civil Procedure 16, the Court enters the Amended Scheduling Order to control the course of this case:

1.  All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **May 11, 2018**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **July 3, 2018**. All designations of rebuttal experts shall be served within 14 days of receipt of the report of the opposing expert.

2.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 45 days of receipt of the written report of the expert's proposed testimony, or within 45 days of the expert's deposition, if a deposition is taken, whichever

is later. All designations of rebuttal experts shall be filed within 30 days of the receipt of the report of the opposing expert.

    3.    The parties shall complete discovery on or before **August 7, 2018** and expert discovery by **September 14, 2018**. Counsel may by agreement continue discovery beyond the deadline but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

    4.    All dispositive motions shall be filed no later than **October 5, 2018**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e)(3).

    5.    All other deadlines in Appendix A are adopted as part of this Amended Scheduling Order. (Doc. 77-1).

It is so **ORDERED**.

SIGNED this 11th day of September, 2017.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE