IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| FINALROD IP, LLC, and R2R AND D, LLC d/b/a SUPEROD,<br>*Plaintiffs/Counterclaim Defendants*<br><br>v.<br><br>JOHN CRANE, INC., JOHN CRANE PRODUCTION SOLUTIONS, INC. and ENDURANCE LIFT SOLUTIONS INC.,<br>*Defendants/Counterclaim Plaintiffs* | §§§§§§§§§§§§<br><br>CASE NO. 7:15-CV-00097-ADA |

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL MEDIATION

Before the Court is Plaintiffs' Motion to Compel Mediation. Document Number 201. Defendants' filed their Response on November 28, 2018. Document Number 203. In their Response, Defendants stated that Plaintiffs' Motion was moot. Plaintiffs chose not to file a Reply. Regardless of whether Plaintiffs' Motion is moot, the Court finds that mediation should not be compelled in this case. Accordingly, Plaintiffs' Motion to Compel Mediation is **DENIED**.

**SIGNED** this 16th day of May 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1