# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **FINALROD IP, LLC, R2R AND D, LLC,** | § § § | |
| *Plaintiffs* | § | MO-15-CV-00097-ADA |
| | § | |
| -vs- | § § | |
| **JOHN CRANE, INC., JOHN CRANE PRODUCTION SOLUTIONS, INC., ENDURANCE LIFT SOLUTIONS INC.,** | § § § § § | |
| *Defendants* | § | |

## ORDER REGARDING PLAINTIFFS' AND DEFENDANTS' MOTIONS TO EXCLUDE

Before the Court are the following five motions to exclude:

1) Defendants' (hereinafter "John Crane") motion to exclude the opinions and testimony of Marcus D. Reading ("Reading motion").. ECF No. 290 Ex. 1.

2) John Crane's motion to exclude certain opinions and testimony of Chris Hetmaniak ("Hetmaniak motion"). ECF No. 293 Ex 2.

3) Plaintiffs/Counter-Defendants' (hereinafter "Finalrod") motion to partially exclude expert opinions and testimony of Scott Beckwith ("Beckwith motion"). ECF No. 297 Ex. 1.

4) Finalrod's motion to partially exclude expert opinions and testimony of Dr. Henry Crichlow ("Crichlow motion"). ECF No. 299 Ex. 1.

5) Finalrod's motion to partially exclude expert opinions and testimony of W. Todd Schoettelkotte ("Schoettelkotte motion"). ECF No. 301 Ex. 1.

The Court scheduled a hearing on February 21, 2020 for these motions.

For the reasons described at the hearing, the Court **GRANTS** the Reading motion and the Hetmaniak motion and **DENIES** the Beckwith motion, the Crichlow motion, and the Schoettelkotte motion.

**SIGNED** this 26th day of February, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE